UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ANTONIO PICADO,** § <br> § <br>    **Plaintiff,** § <br> § <br> v. § <br> § <br> **CARRINGTON MORTGAGE SERVICES,** § <br> **LLC, AS SERVICER FOR WILMINGTON** § <br> **SAVINGS FUND SOCIETY, FSB,** § <br> as trustee of **UPLAND MORTGAGE LOAN** § <br> **TRUST A, and TRACEY MIDKIFF,** § <br> **SUBSTITUTE TRUSTEE** § <br> § <br>    **Defendants.** § | Case No. 3:21-cv-00221 |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

     COMES NOW ANTONIO PICADO, Plaintiff herein, by and through his attorneys if record, ZENDEH DEL & ASSOCIATES, PLLC, Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby gives notice that the above- captioned action is voluntarily dismissed, without prejudice against all defendants.

     Respectfully submitted,

     **ZENDEH DEL & ASSOCIATES, PLLC**

     Counsel for the Plaintiff
     1813 61st Street, Suite 101
     Galveston, Texas 77551
     (409) 740-1111 (Telephone)
     (409) 515-5007 (Facsimile)

     By: */s/ Gabe Perez*
       Gabe Perez, SBN 24099475
       gabe@zendehdel.com
       Jonathan A. Zendeh Del, SBN 24075331
       jonathan@zendehdel.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of April 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following parties:

C. Charles Townsend, via e-mail: charles.townsend@akerman.com
Monica Summers, via e-mail: monica.summers@akerman.com

By: ***/s/ Gabe Perez***
Gabe Perez, SBN 24099475
gabe@zendehdel.com