IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ANTONIO PICADO,<br>　Plaintiff,<br><br>v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC; WILMINGTON SAVINGS FUND SOCIETY, FSB, *as trustee of Upland Mortgage Loan Trust A*; and TRACY MIDKIFF, *Substitute Trustee*;<br>　Defendants. | § § § § § § § § § § § § | EP-21-CV-221-DB |

## FINAL JUDGMENT

On April 18, 2022, Plaintiff Antonio Picado filed a "Notice of Voluntary Dismissal," in which he dismissed all claims against all Defendants in the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 14. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED**.

SIGNED this __19__ th day of **April 2022**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE